# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **TRUE SOUTHERN REAL ESTATE, LLC** | § § § | |
| **V.** | § § | **NO. 1:11-CV-6** |
| **MARKEL INTERNATIONAL INSURANCE COMPANY, LTD., ET AL.** | § § § § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a referral order entered January 7, 2011. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the parties agreed motion, and remand this case to the 88th Judicial District Court, Hardin County, Texas.

The magistrate judge's report is hereby **ADOPTED**, and the parties' "Agreed Motion to Remand to State Court" (Docket No. 5) is **GRANTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

An order remanding this action will be filed separately.

**SIGNED** this the 1 day of **February, 2011.**

_____
Thad Heartfield
United States District Judge